SAMPLE #2

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

**FILED**

JUN 2 3 2014

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

Thompson STEVE E, )
)
)
Plaintiff, )
)
vs. )   CASE NO. _____
Northcutt Law; Associates )
Unclaimed Property )
Janes, Cathy Defendant. )

# CIV-14-652 C

## COMPLAINT

1o) Late Fathers Trust - Estate Tax Return filed with Okla. Tax Comm. Unclaimed Property

2o) Northcutt Law withholding Trust Funds and Fraud on the Underground Storage Tank fund.

Ste E. Thompson
1301 Dustin
Norman, Okla 73071
405-882-4000

NOTE: *Your signature, address and phone number **must** appear at the end of each pleading.*

United States District Court

Western District Of Oklahoma

June 02, 2014

To Whom It May Concern,

My name is Steve E. Thompson and I would like to inform the court of my situation. I am asking the court for justice to be served. I have been in my family business since I was sixteen years old, I am now sixty one. My father passed away in Sept. 1999 and he left a Trust and a Will, Of which I am a beneficary. The Trust was being overseen by the Northcutt Law Firm and their Firm added a 1996 Instrument to the Trust. Then they tell me that there is a conflict with their firm and they refuse to let me see a copy of the Trust or who the Trustee is. They told me that it is a Secret Trust and that I am a beneficary. The Northcutt Law Firm may not have the Trust now but they definitely had the Trust for awhile at one time and they surely know who they gave it to or where it went when it left their office. In 2005 my late Fathers Trust has been listed in the Scott Meachum's (the Oklahoma State Treasurer at the time) Unclaimed Property Division of the newspaper. After sending several letters to UP (Unclaimed Property Division of Oklahoma's Treausry Department) that I hand filed a 1200 page case of proof that I was the correct Steve E. Thompson. UP is saying that they don't have the Trust after Cathy Janes Director has sent us a letter acknowledging that I am the correct Steve Thompson and it has become very clear they had the Trust or it would not have been listed in the newspaper and that they have given the Trust to someone else and not to the rightfull owner.( see attached documents EXHIBT A)

As if this isn't bad enough, upon the sudden death of my father the Northcutt Law Firm cut off my paycheck at the main company TT&T Oil Co. of which I have always been employed and all of my life and forced me to purchase the corner of Waverly & South Ave. Ponca City Ok. Immediately Fuel, Credit Cards, Food Stamps Etc. were being stolen from that store. I tried to hire attorneys to help no one would get involved. I contacted several Government offices and every offical to help. As time went on I was presented with papers from a man who used Okla. Corp. Comm. Underground Storage Tank Fund papers wanting me to sign so they could be paid for a leak on my property that did not exist. I told them that I had copies of all the records of delivery from the trucking company ( Okla. Tank Lines) Proving that 500,000 of fuel that was billed to us on tickets that we never signed and over $700,000.00 was electronically withdrawn from my bank accounts and the fuel was never delivered to the location. I have Documents that i can provide Upon Request. (EXHIBT C) It has become evident that this is State Business and I have been placed in the middle without any explanation. It has also become evident that because I refused to sign the Underground Storage Tank papers ( case #064-1816) that this has upset several officals, I believe that my fathers Trust was hidden in retalation for not signing. If someone would have only told me what this was about i would have complied instead no one would tell me anything their only response was that they can't get involved. I have had everything stolen from me and my store now sets empty , closed down for a LEAK that did not

exist. My credit has been ruined my cars have been repossessed, my home is now in foreclosure and I am now for the first time in my life on Food Stamps. I have not been able to get a job. My job of over 30 years has been taken away by a Forged and Phony Probate when there was an Application and Order signed by the Judge that all that my father owned shall pass title to me but still I have not received a dime.   HOW MUCH MORE CAN I TAKE !     I Pray that this court will see justice done. I am a beneficiary of this Trust and my CIVIL RIGHTS and the CIVIL RIGHTS of my family have been trampled and grave harm has come to me and to my family due to this Trust not being honored correctly. My father's wishes have not been honored. I pray that, As a beneficiary I would like an accounting of the Trust and to see that the current Trustees step down and that my Rights be honored as soon as possible.

I also request to have my property returned to me and any damages,My late fathers Trust, stolen fuel and my position at Thompson Oil Co. restored. As i stated previously the Waverly location was owned by the main company untill the attorneys illegally put me on the corner so i would take the fall. IT was a setup from the begining. I had no knowledge of what was going on. I never intended to get in the middle of OKLA.COPORATION COMM.And the UNDERGROUND STORAGE TANK FUND business. THIS IS THE WORKINGS OF THE NORTHCUTT LAW FIRM AND THEIR ASSOCIATES TO MAKE MY LOCATION APPEAR TO HAVE A HUGE LEAK SO THEY COULD COLLECT ON THE FUND ILLEGALLY. I would also request that if i can recover my loses i would be happy to sign any documents that the Corp.Comm request of me and have them take control over the location and do what ever is necassary.

        Sincerly  Steve E. Thompson

        1301 Dustin

        Norman Okla. 73071

        Ph-405-882-4000