# United Petroleum Transports, Inc.
Document Imaging For The AS/400™

| BARCODE | INVOICE# | BOL# | DATE | PAYOR NAME | DOCUMENT |
|---|---|---|---|---|---|
| 02728236 | 4015176 | 3364 | 1050117 | QUIKTRIP CORPOR | BILL OF LAI |
| 02728236 | 4015176 | 3364 | 1050117 | QUIKTRIP CORPOR | FREIGHT BII |
| 02468889 | 3774958 | 3364 | 1040409 | SHAWS GULF INC | BILL OF LAI |
| 02468889 | 3774958 | 3364 | 1040409 | SHAWS GULF INC | FREIGHT BII |
| 02450338 | 3739318 | 3364 | 1040326 | PILOT TRAVEL CE | BILL OF LAI |
| 02450338 | 3739318 | 3364 | 1040326 | PILOT TRAVEL CE | FREIGHT BII |
| 02087040 | 3361087 | 3364 | 1021121 | MUSKET CORPORAT | BILL OF LAI |
| 02087040 | 3361087 | 3364 | 1021121 | MUSKET CORPORAT | BILL OF LAI |
| 02087040 | 3361087 | 3364 | 1021121 | MUSKET CORPORAT | BILL OF LAI |
| 02087040 | 3361087 | 3364 | 1021121 | MUSKET CORPORAT | FREIGHT BII |
| 01861962 | 3222436 | 3364 | 1020611 | PILOT TRAVEL CE | BILL OF LAI |
| 01861962 | 3222436 | 3364 | 1020611 | PILOT TRAVEL CE | FREIGHT BII |

[Page Down]

Back

Seamless Delivery...every time.

*Handwritten annotations:*

**500,000 gallons of fuel stolen**

**All Documents Provided upon Request**

**NO EVIDENCE of fuel DELIVERY**

**Done in ORDER to collect on the underground storage TANK Fund.**

**NO STEVES TRIPET**

*Exhibt C*

# United Petroleum Transports, Inc.
Document Imaging For The AS/400™

| BARCODE | INVOICE# | BOL# | DATE | PAYOR NAME | DOCUMENT |
|---|---|---|---|---|---|
| 02774796 | 4051504 | 16897 | 1050228 | QUIKTRIP CORPOR | BILL OF LAI |
| 02774796 | 4051504 | 16897 | 1050228 | QUIKTRIP CORPOR | FREIGHT BII |
| 02070497 | 3449427 | 16897 | 1030313 | QUEEN OIL & GAS | BILL OF LAI |
| 02070497 | 3449427 | 16897 | 1030313 | QUEEN OIL & GAS | FREIGHT BII |
| 01914880 | 3259823 | 16897 | 1020723 | QUIKTRIP CORPOR | BILL OF LAI |
| 01914880 | 3259823 | 16897 | 1020723 | QUIKTRIP CORPOR | FREIGHT BII |
| 01373050 | 2720391 | 16897 | 1001124 | STEVES TRIPLE T | BILL OF LAI |
| 01373050 | 2720391 | 16897 | 1001124 | STEVES TRIPLE T | BILL OF LAI |
| 01373050 | 2720391 | 16897 | 1001124 | STEVES TRIPLE T | BILL OF LAI |
| 01373050 | 2720391 | 16897 | 1001124 | STEVES TRIPLE T | BILL OF LAI |
| 01373050 | 2720391 | 16897 | 1001124 | STEVES TRIPLE T | FREIGHT BII |
| 01167152 | 2645421 | 16897 | 1000908 | U S ARMY FINANC | BILL OF LAI |

[ Page Down ]

Back

Seamless Delivery...every time.

*Evidence of Delivery*

Exhibt C

## STEVE'S TRIPLE T

SUMMARY OF STOLEN FUEL.

PIONEER BANK----- 2000

BANK SHOWS CHECKS-----1,462,173.53

BILL OF LADING TOTAL-----1,185,572.73

       DIFFERENCE OF 276,600.80

BANK OF AMERICA-----2001

BANK SHOWS CHECKS-----706,817.75

BILL OF LADING TOTAL-----457,332.15

       DIFFERENCE OF 249,485.60

BANK OF AMERICA-----2002

BANK SHOWS CHECKS-----709,168.65

BILL OF LADING TOTAL-----578,230.10

       DIFFERENCE OF 130,938.55

GRAND TOTAL    $ 657,024.95

STEVE'S TRIPLE T, INC.
SUMMARY OF AMOUNT DUE FROM TT&T OIL CO


226

| | REFERENCE | ACTUAL AMT DUE FROM TT&T OIL | AMOUNT PER SUMMARY FROM TT&T OIL | EXPLANATION |
|---|---|---|---|---|
| FOOD STAMPS | SCHEDULE A | 15,259.36 | 6,583.35 | TT&T SUMMARY INCOMPLETE They deposited food stamps through October |
| CREDIT CARDS | SCHEDULE B | 194,386.63 | | |
| Less Discounts | SCHEDULE B | (3,917.09) | | |
| | | 190,469.54 | 183,548.93 | TT&T SUMMARY INCOMPLETE |
| CASH DEPOSITS | No Dispute | 3,538.38 | 3,538.38 | |
| CUSTOMER PAYMENTS | No Dispute | 18,335.22 | 18,335.22 | |
| TOTAL RECEIPTS DEPOSITED BY TT&T | | 227,602.50 | 212,005.88 | |
| LESS PAYMENT BY TT&T TO AFFL FOODS | | (21,926.76) | | |
| LESS REIMBURSEMENTS FROM TT&T | No Dispute | (116,255.37) (138,182.13) | (138,182.13) | |
| RECEIPTS DUE FROM TT&T OIL | | 89,420.37 | 73,823.75 | |
| BILLS DUE TO TT&T | SCHEDULE C | (64,473.70) | (69,655.08) | See SCHEDULE C |
| NET DUE FROM TT&T OIL | | 24,946.67 | 4,168.67 | |

*Handwritten notes:* "STOLEN" (next to TOTAL RECEIPTS, 227,602.50 circled); "For C" (next to 116,255.37); "STOLEN FUEL Not Reported" (below table); NET DUE FROM TT&T OIL line crossed out with X.